Sung T. Kim (SBN 277502)
ADVANCED DISABILITY ADVOCATES
3010 Wilshire Blvd. #516
Los Angeles, CA 90010
Telephone: (310) 926-2519
Facsimile: (310) 634-1258
adadvocates@gmail.com
Attorneys for Plaintiff,
Alfred Bernard

THE KARLIN LAW FIRM LLP
L. Scott Karlin (SBN 90605)
David E. Karlin (SBN 275905)
13522 Newport Avenue, Suite 201
Tustin, California 92780
Telephone: (714) 731-3283
Facsimile: (714) 731-5741
lsk@karlinlaw.com
david@karlinlaw.com
Attorneys for Defendant,
P. Frio Inc. d/b/a Shell Gas Station

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED BERNARD,<br><br>Plaintiff,<br><br>vs.<br><br>P. FRIO INC. d/b/a SHELL GAS STATION; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. 2:17-cv-03268-PJW<br><br>**JOINT NOTICE OF SETTLEMENT** |

1  The Parties hereby jointly notify the court that a global settlement has been reached
2  in the above-captioned case and the parties would like to avoid any additional expense,
3  and further the interests of judicial economy.
4  All Parties, therefore, apply to this Honorable Court to vacate all currently set
5  dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all
6  parties will be filed within 60 days. The Parties further request that the Court schedule a
7  Status Conference/OSC Hearing approximately 60 days out at which the Parties, by and
8  through their attorneys of record shall show cause why this case has not been dismissed.

DATED: August 18, 2017     **ADVANCED DISABILITY ADVOCATES**

By: ____/s/ Sung T. Kim____
Sung T. Kim, Esq.
Attorney for Plaintiff, Alfred Bernard

DATED: August 18, 2017     **THE KARLIN LAW FIRM LLP**

By: _____
David E. Karlin, Esq.
Attorneys for Defendant, P. Frio Inc. d/b/a Shell Gas Station

I, David E. Karlin attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing

_____
David E. Karlin