1 | Sung T. Kim (SBN 277052)
2 | ADVANCED DISABILITY ADVOCATES
3 | 3010 Wilshire Blvd. #516
  | Los Angeles, CA 90010
  | Telephone: (310) 926-2519
4 | Facsimile:  (310) 634-1258
  | adadvocates@gmail.com
5 | Attorneys for Plaintiff
6 | ALFRED BERNARD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED BERNARD,<br><br>       Plaintiff,<br><br>   vs.<br><br>P. FRIO INC. d/b/a SHELL GAS STATION; and DOES 1 through 10 inclusive,<br><br>       Defendants. | **Case No.: 2:17-cv-03268-PJW**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

**PLEASE TAKE NOTICE** that Plaintiff ALFRED BERNARD ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action *with prejudice*, with each party being responsible for its own costs and attorneys' fees, pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

    (1) *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

1

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

       (i)    A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant, P. FRIO INC. d/b/a SHELL GAS STATION, has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: October 3, 2017                 Respectfully submitted,

                                   ADVANCED DISABILITY ADVOCATES

                                   By:    _/s/ Sung T. Kim_____
                                            Sung T. Kim, Esq.
                                            Attorneys for Plaintiff